**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,

v.                                    Case No. 19-cv-10669

MICHAEL ANGELO,
_et al._,

        Defendants.
_____/

**ORDER GRANTING IN PART DEFENDANT MICHAEL ANGELO'S MOTION TO
STAY AND FOR EXPEDITED RESPONSE TO DEFENDANT MICHAEL ANGELO'S
MOTION FOR RECONSIDERATION**

On March 30, 2023, the court issued its latest opinion in this matter. (ECF No. 176.) In relevant part, the opinion directed Defendant Michael Angelo ("Angelo") to file a request for consent to dismiss Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") and its affiliates in Case Number 19-cv-12165[1] within seven days, that is, by April 7, 2023. (ECF No. 176, PageID.8861–62.) In response, on April 3, 2023, Angelo filed two motions: (1) "Defendant's Emergency Motion to Stay Injunction Pending Appeal and/or Reconsideration of This Court's February 28, 2022, May 2, 2022, and March 30, 2023 Opinions and Orders" (ECF No. 177) and (2) "Defendant's Motion for Reconsideration, or in the Alternative, Motion to Amend the Order" (ECF No.

---

[1] Case Number 19-cv-12165 is a _qui tam_ action pending before the Honorable Denise Page Hood, in which Angelo is currently a co-relator and State Farm is one of many defendants. That litigation has been the primary subject of the court's post-settlement orders in the suit at bar. (_See_ ECF Nos. 149, 157, 176.)

178). In light of the looming April 7th deadline for Angelo and the court's desire for responsive briefing as to Angelo's reconsideration motion, the court will issue a temporary stay of its May 30, 2023 order (ECF No. 176).

Accordingly,

IT IS ORDERED that Angelo's motion to stay (ECF No. 177) is GRANTED IN PART to the extent that a stay as to the court's March 30, 2023 opinion and order (ECF No. 176) is effective immediately, until further order of the court.

IT IS FURTHER ORDERED that State Farm shall file an expedited response to Angelo's motion for reconsideration (ECF No. 178) by **Monday, April 10, 2023**.

s/Robert H. Cleland                    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  April 4, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 4, 2023, by electronic and/or ordinary mail.

s/Lisa Wagner                          /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil\19-10669.ANGELO.OrderGrantingInPartStay&ForExpeditedResponse.EKL.docx